# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RICHARDSON, | 3:18-cv-00339-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 6, 2019 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Defendant **Romeo Aranas,** who is no longer an employee of the Nevada Department of Corrections (ECF No. 12). However, the Attorney General has filed the last known address of this Defendant under seal (ECF No. 13). If Plaintiff wishes to have the U.S. Marshal attempt service on Defendant Romeo Aranas, he shall follow the instructions contained in this order.

The Clerk shall issue a summons for **Romeo Aranas** and send the same to the U.S. Marshal with the address provided under seal (ECF No. 13). The Clerk shall also send one (1) copy of the Second Amended Complaint (ECF No. 5), one (1) copy of the court's screening order (ECF No. 6), and one (1) copy of this order to the U.S. Marshal for service on the Defendant. The Clerk shall also send to Plaintiff one (1) USM-285 form. Plaintiff shall have until **Friday, January 3, 2020,** to complete the USM-285 service form and return it to the U.S. Marshal, 400 South Virginia Street, Room 201, Reno, Nevada 89501.

If Plaintiff fails to follow this order, Defendant **Romeo Aranas** may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: <u>       /s/                                </u>
Deputy Clerk