**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

MICHAEL RICHARDSON,                  )      3:18-cv-00339-MMD-WGC
                                     )
                         Plaintiff,  )      **MINUTES OF THE COURT**
        vs.                          )
                                     )      March 16, 2020
NEVADA DEPARTMENT OF                 )
CORRECTIONS, *et al.*,               )
                                     )
                        Defendants.  )
_____  )

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

        Before the court is Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 23).  Plaintiff requests a ninety (90) day extension to complete discovery.

        Plaintiff's Motion for Extension of Time to Complete Discovery (ECF No. 23) is **<u>DENIED</u>** without prejudice. However, the existing scheduling order deadlines (ECF No. 18) are **<u>VACATED</u>** to be re-set once Defendant Aranas has filed his Answer to Plaintiff's Second Amended Complaint.

        **IT IS SO ORDERED.**

                                    DEBRA K. KEMPI, CLERK

                                    By: _____/s/_____
                                              Deputy Clerk