# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL RICHARDSON, | ) | 3:18-cv-00339-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 23, 2020 |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KAREN WALKER    REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Renew Plaintiff's Motions to Compel" (ECF No. 32).   Plaintiff requests the court renew Plaintiff's prior motions to compel (ECF Nos. 28, 29) "based upon the fact that he mistakenly omitted to provide a copy of his meet and confer letter to the defendants' counsel to his motions." (*Id.*)

Plaintiff's "Motion to Renew Plaintiff's Motions to Compel" (ECF No. 32) is **GRANTED**. Defendants shall have to and including **Friday, April 10 2020,** in which to respond to Plaintiff's Motions to Compel (ECF Nos. 28, 29).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____

Deputy Clerk