UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL RICHARDSON,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 3:18-cv-00339-MMD-WGC<br><br>ORDER |

　　　Plaintiff filed the second amended complaint in this action on May 22, 2019. (ECF No. 5.) The Court issued a notice of intent to dismiss J. Perry pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by May 1, 2020. (ECF No. 34; *see also* ECF No. 22 (previous notice of intent).) To date, no such proof of service has been filed.

　　　It is therefore ordered that the claims against J. Perry are dismissed without prejudice.

　　　It is further ordered that Defendants' motion to dismiss (ECF No. 44) is denied as moot.

　　　DATED THIS 9th day of June 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE