AARON D. FORD
Attorney General
MARY ANNE MARTIN, Bar No. 13267
Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: MBMartin@ag.nv.gov

*Attorneys for Defendants*
*Kim Adamson, Romeo Aranas*
*Russell Donnelly, and Brian Egerton*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No. 3:19-cv-00102-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Michael Richardson, in proper person, and Defendants Kim Adamson, Romeo Aranas, Russell Donnelly and Brian Egerton, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mary Anne Martin, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this 23 day of June, 2020.

DATED this 1st day of July, 2020

AARON D. FORD
Attorney General

_____
MICHAEL RICHARDSON
Plaintiff, *Pro Se*

By: _____
MARY ANNE MARTIN, Bar No. 13267
Deputy Attorney General
*Attorneys for Defendants*

1

1 | Case dismissed with prejudice. **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 6, 2020

3:18-cv-339-MMD-CLB

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 1st day of July, 2020, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

Michael Richardson #62018
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

                                                                     */s/Perla M. Hernandez*
                                                                     An employee of the
                                                                     Office of the Attorney General